ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Ph. (510) 548-7300
Fax: (510) 540-4821

Attorneys for Plaintiff
John Klemmer dba Remohj Music

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN KLEMMER dba REMOHJ MUSIC ) Case No. CV 09 2448 JCS
)
               Plaintiff, ) **COMPLAINT FOR COPYRIGHT INFRINGEMENT**
)
    v. )
) (17 U.S.C. §101 et seq.)
DANIEL DUMILE pka MF DOOM, an )
Individual, DEVIN HORWITZ, an Individual )
d/b/a NATURE SOUNDS, NATURE )
SOUNDS ENTERTAINMENT, INC., a )
New York Corporation; SHAMAN WORK )
RECORDINGS, INC., a Georgia Corporation, )
LORD DIHOO MUSIC, a New York General )
Partnership, NETTWORK ONE, an Entity of ) **DEMAND FOR JURY TRIAL**
Unknown Origin, and CAROLINE )
DISTRIBUTION, an Entity of Unknown )
Origin )
              Defendants. )
_____/

    Plaintiff John Klemmer, an individual doing business as Remohj Music ("Plaintiff") by his attorney, for his Complaint against Defendants listed above alleges as follows:

///

///

**COMPLAINT FOR COPYRIGHT INFRINGEMENT – PAGE 1**

## I. NATURE OF THE ACTION

1. This action for damages, declaratory relief and permanent injunctive relief is brought by Plaintiff pursuant to the Copyright Act (17 U.S.C. Sections 101, et seq) and other common and statutory law set forth.

2. Plaintiff John Klemmer, an internationally recognized jazz saxophonist and composer who has sold millions of records throughout his career, is the sole author of the composition *All The Children Cried* (the "Composition"), which was written in approximately 1969. Said Compositino contains material original with Plaintiff, which original material constitutes copyrightable subject matter under the laws of the United States. The Composition is subject to copyright registration as a musical work, United States Copyright Registration Certificate No. Eu157271 issued by the Register of Copyrights on November 12, 1969, a true and correct copy of which is attached as **Exhibit A**, and which is incorporated herein by this reference.

3. Since November 12, 1969, Plaintiff John Klemmer, doing business under the fictitious business name Remohj Music, has been, and remains, the proprietor of the statutory copyright in *All The Children Cried*, and is duly possessed of all rights, title and interest therein.

4. In or about 1969, Plaintiff recorded the Composition pursuant to Plaintiff's exclusive recording agreement with Impulse Records. The sound recording of *All The Children Cried* (the "Master") was subsequently issued as the title track of Plaintiff's 1969 LP entitled "ALL THE CHILDREN CRIED." A true and correct copy of the Master is attached hereto on the accompanying CD-R as **Exhibit B, Track 1**, and incorporated herein by this reference.

5. Plaintiff alleges that the Defendants Danile Dumile, under his professional pseudonym "MF Doom" copied quantitatively and qualitatively substantial portions of the Composition *All The Children Cried* as embodied in the Master to create the derivative sound

**COMPLAINT FOR COPYRIGHT INFRINGEMENT – PAGE 2**

recordings and compositions entitled *High John* and *Syrax Gum*. Defendant's derivative musical compositions and sound recordings are collectively referred to herein as "Infringing Compositions" and "Infringing Recordings." Plaintiffs allegations herein stem from the unauthorized reproduction, distribution and exploitation by Defendants of Plaintiff's copyright as embodied in the Infringing Compositions and Infringing Recordings.

## II. JURISDICTION AND VENUE

6. This Court has jurisdiction of the subject matter for this claim under the provisions of 28 U.S.C. §1338(a), because this action arises under an Act of Congress relating to Copyrights, the Copyright Act of 1976, Pub. L. 94-553, 90 Stat. 2541 *et seq.* 17 U.S.C. 101 *et seq.*

7. This Court has jurisdiction of the subject matter of this claim under the provisions of 28 U.S.C. §1331, because the action arises under the laws of the United States, specifically the above-cited Copyright Act of 1976.

8. Venue is properly laid in the District Court for the Northern District of California pursuant to 28 U.S.C. § 1391(b), and § 1391(c), since, *inter alia*, the causes of action asserted arose from or are connected with purposeful acts committed by the individual Defendants in this District, and the corporate and individual Defendants named herein are each doing business in this District.

## III. PARTIES

9. Plaintiff John Klemmer, is an individual residing within the State of California doing business as Remohj Music. Plaintiff is a critically acclaimed jazz saxophonist and composer, and author of the Composition which Plaintiff alleges was copied without permission by each of the Defendants named herein.

10. Plaintiff is, and at all relevant times was, a domiciliary of the United States who

has conducted substantial business in the Bay Area as a musician, performer, composer and recording artist since the 1960s.

11. Plaintiff is informed and believes that Defendant Daniel Dumile ("Dumile") is a professional songwriter, producer and artist professionally known as "MF Doom" who is the author of *High John* and *Syrax Gum*, which reproduce qualitatively and quantitatively substantial excerpts from *All The Children Cried*.

12. Plaintiff is informed and believes that Defendant Devin Horwitz is an individual doing business as Nature Sounds ("Horwitz"), a sole-proprietor record company engaged in the unauthorized reproduction, distribution and public performance of record albums by Defendant Dumile embodying the Infringing Composition and Infringing Recording entitled *High John*.

13. Plaintiff is informed and believes that Defendant Nature Sounds Entertainment, Inc. (NSEI) is a corporation existing under the laws of the State of New York that is also engaged in the unauthorized reproduction, distribution and public performance of record albums by Defendant Dumile embodying the Infringing Composition and Infringing Recording entitled *High John*.

14. Plaintiff is informed and believes that Defendant Shaman Work Recordings, Inc. ("Shaman Work") is a corporation existing under the laws of the State of Georgia that is also engaged in the unauthorized reproduction, distribution and public performance of record albums by Defendant Dumile embodying the Infringing Composition and Infringing Recording entitled *Syrax Gum*.

15. Plaintiff is informed and believes that Defendant Caroline Distribution ("Caroline Distribution") is an entity of unknown origin existing under the laws of the State of New York

that is engaged in the unauthorized distribution of record albums by Defendant Dumile embodying the Infringing Compositions and Infringing Recordings *High John* and *Syrax Gum*.

16. Plaintiff is informed and believes that Defendant Lord Dihoo Music ("Lord Dihoo") is an entity of unknown origin doing business in the State of New York and that Lord Dihoo is, and at all times herein mentioned was, doing business within the State of California as a music publishing company involved in the and collection of income (including mechanical rights income and performance rights income) derived from the unauthorized derivative use of Plaintiff's Compositions in the Infringing Compositions.

17. Plaintiff is informed and believes that Defendant Nettwerk One, Ltd. ("Nettwerk One") is a corporation existing under the laws of the territory of British Columbia and that Nettwerk One is, and at all times herein mentioned was, doing business within the State of California as a music publishing company involved in the collection of income (including mechanical rights income and performance rights income) derived from the unauthorized derivative use of Plaintiff's Compositions in the Infringing Compositions.

## FIRST CAUSE OF ACTION

### Copyright Infringement

### (All Defendants)

18. Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 through 17 inclusive, and by this reference incorporates the same as though fully set forth herein.

19. On information and belief, Plaintiff alleges that in or about 2004, Defendant Dumile created the compositions and recordings *Syrax Gum* and *High John* by digitally copying qualitatively and quantitatively substantial and recognizable passages from Plaintiff's original recording of the Composition, looping the copied portions of Plaintiff's recording so

they repeat, increasing the tempo slightly and adding a drum beat. A true and correct digital audio copy the Dumile recording of *Syrax Gum* is attached hereto on the accompanying CD-R as **Exhibit B, Track 2**, and incorporated herein by this reference. A true and correct digital audio copy the Dumile recording of *High John* is attached hereto on the accompanying CD-R as **Exhibit B, Track 3**, and incorporated herein by this reference.

20. Notwithstanding the above, at no time was Plaintiff contacted by Defendant Dumile or any other Defendant concerning his derivative the use of his Composition in the Infringing Compositions or the Infringing Recordings.

21 Defendants failure to secure Plaintiff's permission regarding the derivative use of his Composition violates Plaintiff's rights inasmuch as Plaintiff retains the exclusive right under the Copyright Act to authorize the adaptation, reproduction, performance and distribution of the Composition, including the exclusive right to authorize the creation of derivative works based on *All The Children Cried*.

22 From the date of the release of the Infringing Compositions and Infringing Recordings, each of the above-named Defendants have infringed Plaintiff's statutory copyright in the Composition by (a) reproducing, distributing and publicly performing, or authorizing the reproduction, distribution and public performance, of the Infringing Compositions and Infringing Recordings at live concerts, personal appearances, on radio, film, video and television; (b) entering into licensing agreements concerning the distribution and sale of the Infringing Compositions and Infringing Recordings and/or actively engaging in the reproduction, distribution and public performance of the Infringing Compositions and Infringing Recordings through the sale of phonorecords, ringtones, digital downloads and related merchandise; and (c) contributing to and participating in the aforementioned infringing acts and sharing in the

proceeds therefrom, all through substantial use of Plaintiff's Composition, including without limitation:

    a) Distribution of the Infringing Compositions and Infringing Recording under the title *Syrax Gum* on compact discs entitled "Metal Fingers Presents: Special Herbs Vol. 7 & 8," and through digital distribution and sale of audio files containing the song *Syrax Gum* over the Internet, including via iTunes, Amazon.com, and other digital download sites; (**Exhibit C**, attached hereto) and

    b) Distribution of the Infringing Compositions and Infringing Recording under the title *High John* on compact discs entitled "Metal Fingers Presents: Special Herbs, The Box Set, Vols. 0-9" and through digital distribution and sale of audio files containing the song *High John* over the Internet, including via iTunes, Amazon.com, and other digital download sites (**Exhibit D**, attached hereto).

    23. Plaintiff is informed and believes and on that basis alleges that Defendants Dumile, Horwitz, Lord Dihoo and Nettwerk One wrote, own, publish and/or administer, in whole or in part, the Infringing Compositions and exploit the Infringing Compositions in various ways, including without limitation, issuing licenses for the Infringing Compositions to third parties with respect to digital downloads, ringtones, digital streaming, and public performance via radio, television, and video, and that said Defendants have earned publishing income and royalties thereby without remitting any share of said income or royalties to Plaintiff. True and correct photocopies documenting registration of the Infringing Composition *High John* with ASCAP in the name of Defendant Dumile as sole author, and Lord Dihoo and Nettwerk One as Publisher/Administrator, are attached hereto as **Exhibit E**, and incorporated herein by this reference.

    24. Plaintiff further alleges that the above-described conduct of Defendants constitutes (a) an improper creation of derivative works that infringe upon Plaintiff's statutory

**COMPLAINT FOR COPYRIGHT INFRINGEMENT – PAGE 7**

copyright in his Composition; and (b) direct, vicarious and contributory copyright infringement, such that Defendants are jointly and severally liable.

26. Plaintiff further alleges that Defendants, and each of them, acted with knowledge and/or willful disregard of the fact that the Infringing Compositions and Infringing Recordings infringe upon Plaintiff's rights, and that such Defendants are each liable for willful copyright infringement.

26. Plaintiff alleges that the unauthorized publication, reproduction, distribution and public performance of his Composition as forth above, constitutes an infringement of his Copyright in *All The Children Cried* under the Copyright Act, and that Plaintiff is entitled to recover the profits of said infringers and lost licensing income, or alternately, statutory damages in connection with such infringing acts pursuant to 17 U.S.C. § 504, based on the registration of the Composition with the Register of Copyrights prior to the commencement of said infringing acts.

27. As a direct and proximate result of Defendants' acts and omissions related herein, Plaintiff has suffered actual damages and Defendants have profited from the unauthorized use of Plaintiff's work in violation of his copyright. The exact extent of actual damage suffered by Plaintiff and profited by Defendants is as yet not ascertained, as the total nature and extent of all unauthorized uses of *All The Children Cried* by Defendants is presently unknown. Plaintiff prays leave to amend this Complaint to set forth additional unauthorized uses of *All The Children Cried* by Defendants, and the exact nature of actual damages suffered and the gross revenues received by Defendants in connection with such unauthorized uses, in an amount according to proof at trial.

///

///

## SECOND CAUSE OF ACTION

### Declaratory Judgment

### (All Defendants)

28. Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 through 27 inclusive, and by this reference incorporates the same as though fully set forth herein.

29. Pursuant to 17 U.S.C. Sections 101 *et seq.* and 28 U.S.C. Section 2201, Plaintiff seeks a declaratory judgment that Plaintiff is the owner of the Infringing Compositions *Syrax Gum* and *High John*, on the grounds that such Infringing Compositions constitute almost verbatim appropriation of Plaintiff's Composition from his original recording of *All The Children Cried*.

30. Based on his ownership of the Composition, Plaintiff additionally seeks declaratory relief in the form of a judgment providing that any and all assignments, transfers and licenses as to the Infringing Composition are null and void.

## THIRD CAUSE OF ACTION

### Permanent Injunction

### (All Defendants)

31. Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 through 30 inclusive, and by this reference incorporates the same as though fully set forth herein.

32. Due to the ongoing nature of Defendants' infringing conduct, Plaintiff further alleges he is entitled to a permanent injunction against Defendants, and each of them, prohibiting any further exploitation, reproduction, distribution and public performance of the Infringing Compositions and the Infringing Recordings, and requiring the immediate impoundment and destruction of such works.

## FOURTH CAUSE OF ACTION

### Accounting

### (All Defendants)

33. Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 through 32 inclusive, and by this reference incorporates the same as though fully set forth herein

34. Due to the infringement and other wrongful acts of Defendants identified herein, Plaintiff alleges he is entitled to an accounting from each Defendant as to those amounts derived from their unauthorized exploitation of Plaintiff's Copyright as embodied in the Infringing Compositions and Infringing Recordings, so that Plaintiff may determine the revenues and profits rightfully belonging to him and wrongfully earned by such Defendants.

**WHEREFORE**, Plaintiff prays judgment against each of the Defendants identified above, as follows:

1. That this Court grant a permanent injunction forever enjoining Defendants, Defendants' servants, and agents, and anyone acting on behalf of Defendants, from directly or indirectly using Plaintiff's Composition *All The Children Cried* or any other work based upon *All The Children Cried* in any manner which infringes upon the copyright in Plaintiff's composition.

2. Direct Defendants, and each of them, to file with the Court and serve on Plaintiff a report setting forth the manner and form in which compliance with said permanent injunction against infringement has been made.

3. At the election of Plaintiff, said election to be made at any time before entry of final judgment, as authorized by 17 U.S.C. §504, that Defendants, and each of them, be required to pay damages to Plaintiff of either:

(a) Such actual damage as Plaintiff has sustained as a consequence of Defendants' infringement of Plaintiff's copyright, together with any profits of Defendants that are attributable to said infringement and are not taken into account in computing said actual damages pursuant to 17 U.S.C. §504(b); or

(b) Statutory damages in the sum of one hundred and fifty thousand dollars ($150,000.00) for each willful infringement by Defendants of Plaintiff's copyright in *All The Children Cried*, as authorized by 17 U.S.C. §504(c)(2).

4. That Defendants, and each of them, be ordered to render an accounting to Plaintiff of the gross receipts obtained from their exploitation of the derivative compositions and sound recordings *High John* and other derivatives based thereon, in which Plaintiff's composition *All The Children Cried* was utilized, through the date that each Defendant ceases their infringing use.

5. That the Court impose a constructive trust upon such sums by which it may be found Defendants have been unjustly enriched, and for such other forms of equitable and legal relief as may be reasonable including but not limited to declaratory judgment and findings in favor of Plaintiff.

6. That the Court enter Declaratory Judgment that Plaintiff is the owner of the copyright in the Infringing Compositions and that Plaintiff is entitled to full royalties, including royalties from digital distribution, from the exploitation of said Infringing Compositions.

7. That Defendants be ordered to reimburse Plaintiff his reasonable attorneys' fees and costs incurred in connection with the aforementioned action; and

8. That Defendants be ordered to pay Plaintiff pre-judgment interest and post-judgment interest in connection with the aforementioned action; and

9. For such other and further relief as the Court deems just and appropriate in the premises.

## JURY DEMAND

Plaintiff respectfully demands a jury trial of all issues in this case.

Dated: June 1, 2009

LAW OFFICE OF ALAN KORN

By: _____
ALAN KORN
Attorneys for Plaintiff
John Klemmer, dba
Remohj Music

COMPLAINT FOR COPYRIGHT INFRINGEMENT – PAGE 12

Page 3

## Certificate
### Registration of a Claim to Copyright
in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**FORM E**

CLASS: **E**

REGISTRATION NO. **Eu 157271**

DO NOT WRITE HERE

This Is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name: JOHN KLEMMER

Address: 5536 FRANKLIN, HOLLYWOOD, CAL, 90028

Name:

Address:

**2. Title:** "ALL THE CHILDREN CRIED"
(Title of the musical composition)

**3. Authors:**

Name: JOHN KLEMMER
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ✓ (Check if U.S. citizen) Other _____ (Name of country)

Domiciled in U.S.A. Yes ✓ No ___ Address: 5536 FRANKLIN HOLLYWOOD, CAL Author of MUSIC+ARR.
(State which: words, music, arrangement, etc.)

Name: _____
Citizenship: U.S.A. _____ Other _____

Domiciled in U.S.A. Yes ___ No ___ Address _____ Author of _____

Name: _____
Citizenship: U.S.A. _____ Other _____

Domiciled in U.S.A. Yes ___ No ___ Address _____ Author of _____

**4. (a) Date of Publication:**

_____ (Month) _____ (Day) _____ (Year)

**(b) Place of Publication:**

_____ (Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ___ No ✓ Date of registration _____ Registration number _____

Was work previously published? Yes ___ No ✓ Date of publication _____ Registration number _____

Is there any substantial NEW MATTER in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version.

EXAMINER

*Complete all applicable spaces on next page*

EXHIBIT A-1

**6. Deposit account:**

**7. Send correspondence to:**

Name __JOHN KLEMMER__   Address __5536 FRANKLIN__
__HOLLYWOOD, CAL. 90028__

**8. Send certificate to:**

(Type or print name and address)

Name __JOHN KLEMMER__
Address __5536 FRANKLIN__ (Number and street)
__HOLLYWOOD__ (City) __CALIF.__ (State) __90028__ (ZIP code)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of. $6. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. The *name of the copyright owner (or owners).* Example: © John Doe 1966.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| One copy received | |
| Two copies received | |
| Fee received  40446 NOV 12 '69 | EXHIBIT A-2 |

# EXHIBIT B



Track 1: All The Children Cried (John Klemmer)
Track 2: Syrax Gum (MF Doom)
Track 3: High John (MF Doom)



Hello, Alan Korn. We have recommendations for you. (Not Alan Korn?)   Shopping for Father's Day gifts? Sponsored by Canon Cameras
Alan's Amazon.com   Today's Deals   Gifts & Wish Lists   Gift Cards   Your Account | Help

**Shop All Departments**   Search MP3 Downloads    Cart   Your Lists
**MP3 Downloads**   Getting Started   Top Downloads   New & Future Releases   Install The MP3 Downloader   Amazon MP3 Support   Music CDs



See larger image
Share your own customer images

**High John**
by Mf Doom
From the Album Metal Fingers Presents...Special Herbs Vol. 7&8

Price: **$0.99**
No customer reviews yet. Be the first.
**Original release date:** September 21, 2004
**Format:** MP3, 256 kbps — plays on IPod® and all MP3 players



Redeem a gift card or promotion code & view balance

**Amazon MP3 Downloader**
Adds songs instantly to iTunes or Windows Media Player. Get it free.

MP3 Song    Preview all ▶

| Song Title | Artist | Time | Price | |
|---|---|---|---|---|
|  High John | Mf Doom | 4:31 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions
- Subscribe to our weekly newsletter to learn about free downloads, special deals, and new releases.

## Customers Who Bought This Song's Album Also Bought                                    Page 1 of 12

Back


Metal Fingers Presents Special Herbs 4 by Mf Doom
(2) $7.99


Metal Fingers Presents Special Herbs 5&6 by Mf Doom
(6) $7.99


Metal Fingers Presents: Special Herbs 9+0 by Mf Doom
(4) $8.99


Metal Fingers Presents: Special Herbs Volumes 1 & 2 by Mf Doom
(7) $7.99

Next

## Product Details
**Original Release Date:** September 21, 2004
**Label:** Shaman Work
**Copyright:** 2004 Shaman Work Recordings
**Song Length:** 4:31 minutes
**Genres:** Rap & Hip-Hop/General, Rap & Hip-Hop/Experimental Rap, Rap & Hip-Hop/Pop Rap, Rap & Hip-Hop/Gangsta & Hardcore
**ASIN:** B000S2IP3O
**Average Customer Review:** No customer reviews yet. Be the first.
**Amazon.com Sales Rank:** #176,975 in MP3 Songs (See Bestsellers in MP3 Songs)

## Rate This Item to Improve Your Recommendations
I own it      Rate this item

## Customer Reviews

EXHIBIT ___ C

Hello, Alan Korn. We have recommendations for you. (Not Alan Korn?)     Shopping for Father's Day gifts? Sponsored by Canon Cameras

Alan's Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards     Your Account | Help

**Shop All Departments**    Search   MP3 Downloads     Cart    Your Lists

**MP3 Downloads**    Getting Started    Top Downloads    New & Future Releases    Install The MP3 Downloader    Amazon MP3 Support    Music CDs



### High John
by **Mf Doom**
From the Album **Metalfingers Presents: Special Herbs, The Box Set Vol. 0-9**

Price: **$0.99**

No customer reviews yet. Be the first.

**Original release date:** January 24, 2006
**Format:** MP3, 256 kbps — plays on iPod® and all MP3 players



Redeem a gift card or promotion code & view balance

**Amazon MP3 Downloader**
Adds songs instantly to iTunes or Windows Media Player. Get it free.

MP3 Song    Preview all ▶

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | High John | Mf Doom | 2:10 | $0.99 |  |

See larger image
Share your own customer images

Sold by Amazon Digital Services, Inc. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions
- Subscribe to our weekly newsletter to learn about free downloads, special deals, and new releases.

## Customers Who Bought This Song's Album Also Bought
Page 1 of 18

   

Back      Next

Madvillainy [Explicit] by Madvillain
(131) $8.99

Vaudeville Villain [Explicit] by Viktor Vaughn
(53) $9.99

Born Like This. [Explicit] by Doom
(32) $9.49

Take Me To Your Leader by King Geedorah
(23) $8.99

## Customers Who Bought This Item Also Bought



Valerian Root by Mf Doom
$0.99

## Product Details
**Original Release Date:** January 24, 2006
**Label:** Nature Sounds



EXHIBIT D

## Product Details

**Audio CD** (January 24, 2006)
**Original Release Date:** January 24, 2006
**Number of Discs:** 3
**Format:** Box set, Explicit Lyrics, Limited Edition
**Note on Boxed Sets:** During shipping, discs in boxed sets occasionally become dislodged without damage. Please examine and play these discs. If you are not completely satisfied, we'll refund or replace your purchase.
**Label:** Nature Sounds
**ASIN:** B000CCZQNC
**In-Print Editions:** MP3 Download
**Average Customer Review:**            (15 customer reviews)
**Amazon.com Sales Rank:** #6,858 in Music (See Bestsellers in Music)

Would you like to **update product info** or **give feedback on images**?

## Listen to Samples

To hear a song sample, click on "Listen" by that sample. Visit our audio help page for more information.

Try our music sampler to hear all song samples from this album:   Listen to all

**Disc: 1**   Music Sampler
1. Arrow Root       Listen
2. Bergamot         Listen
3. Coffin Nails     Listen
4. Podina           Listen
5. Saffron          Listen
6. Elder Blossoms   Listen
7. Kava Kava Root   Listen
8. Orris Root       Listen
9. Powder           Listen
10. Zatar           Listen
See all 37 tracks on this disc

**Disc: 2**   Music Sampler
1. Coriander        Listen
2. Arabic Gum       Listen
3. Black Snake Root Listen
4. High John        Listen
5. Mullen           Listen
6. Spikenard        Listen
7. White Willow     Listen
8. Bark             Listen
9. Sarsaparilla     Listen
10. Bergamont       Listen
See all 35 tracks on this disc

## Music Ringtones (What's this?)

**Get songs as Ringtones**
Offer.Opendada.com   Send These songs as Ringtones to Your Cell!
**Provider:** Ringtones-Space (Details) | ☆         (1 review)

Sponsored Content


EXHIBIT D-3



> See all providers

Advertise your music ringtones here

## Looking for "mf doom" Products?
Other customers suggested these items:

    

| The Mouse and the Mask by Danger Doom | Madvillainy by Madvillain | BORN LIKE THIS. by Doom | Vaudeville Villain by Viktor Vaughn aka MF Doom | MM..Food? by MF Doom |
|---|---|---|---|---|
| (96) $12.99 | (131) $13.99 | (32) $11.99 | (53) $12.99 | (50) |
| Suggested by 11 customers | Suggested by 10 customers | Suggested by 10 customers | Suggested by 8 customers | Suggested by 6 customers |

> Explore 58 other items related to "mf doom"

## Tags Customers Associate with This Product (What's this?)
Click on a tag to find related items, discussions, and people.

**Search Products Tagged with**

**Check the boxes next to the tags you consider relevant or enter your own tags in the field below.**

hip hop (3)          electronic music (2)       villian (1)
mf doom (3)          music list (1)             See all 14 tags...
conceptual
origanality (2)      soul (1)
doom (2)             the mask (1)

**Your tags:**
(Press the 'T' key twice to quickly access the "Tag this product" window.)

**Help others find this product — tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

## Rate This Item to Improve Your Recommendations
I own it          Rate this item

## Customer Reviews
**15 Reviews**

| 5 star: | (10) | **Average Customer Review** |
|---|---|---|
| 4 star: | (5) | (15 customer reviews) |
| 3 star: | (0) | |
| 2 star: | (0) | |
| 1 star: | (0) | |

Share your thoughts with other customers:

### Most Helpful Customer Reviews

13 of 13 people found the following review helpful:
**Great, but a few caveats...**, April 11, 2006
By **Redcap**  (Los Angeles, CA) - See all my reviews

If you've been actively searching for this MF releases, you're probably going to buy it regardless of the ratings. Everything is done in the well-known MF style - beats a little rougher and unfinished, maybe a little off beat. Before you buy, just a few things to note: 1) Just like the other reviews, the tracks are mixed up. 2) I should've read some of the reviews a little closer, but this



EXHIBIT D-4

# ASCAP
The American Society of Composers, Authors and Publishers

| HOME | ACE Title Search | News | Join ASCAP | About ASCAP | ASCAPLatino | Contact Us | Site Map |

## ACE TITLE SEARCH

Search | **Results** | Saved Results
Disclaimer | Terms and Use Restrictions | ACE Comments | FAQ's | Help

Your title search for "HIGH JOHN" returned 1 results. Underlined text indicates that additional information is available.

**NOTICE: Title variations are included in the search, so the main title may not necessarily contain your search string.**

**Displaying Results 1 - 1**

Save

1. ☐ **HIGH JOHN** (Title Code: 381332674)

   **Writers:**
   THOMPSON DANIEL DUMILE

   **Performers:**
   MF DOOM

   **Variations:**
   (none found)

   **Publishers/Administrators:**
   LORD DIHOO MUSIC
   % NETTWERK ONE A MUSIC U S
   % NETTWERK ONE MUSIC (CANADA) LTD
   1650 WEST 2ND AVE
   VANCOUVER
   BRITISH COLUMBIA V6J 4R3 , , 00000
   Tel. (604) 654-2929

---

**HOME | ACE TITLE SEARCH | WHAT'S NEW | PRESS RELEASES
Join ASCAP | About ASCAP | ASCAPLatino | CONTACT US | SITE MAP**

**FOR MEMBERS | CAREER DEVELOPMENT | SONGWRITER/COMPOSER PORTAL | CUSTOMER LICENSEES
LEGISLATION | ASCAP JAM | ASCAP STORE**

Logos / Licensed Marks | Terms of Use | Privacy Policy | www.ascap.com | info@ascap.com
Reproduction or use of editorial or pictorial content in any manner is strictly prohibited
without express written permission from ASCAP.
© 2008 ASCAP


EXHIBIT E