1  ALAN KORN, SBN 167933
   LAW OFFICE OF ALAN KORN
2  1840 Woolsey Street
   Berkeley, California 94703
3  Ph. (510) 548-7300
4  Fax: (510) 540-4821

5  Attorneys for Plaintiff
   John Klemmer dba Remohj Music
6

7               UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10  JOHN KLEMMER dba REMOHJ MUSIC      )    Case No. CV-09-2448 JCS
                                       )
11              Plaintiff,             )    STIPULATION TO EXTEND TIME
                                       )    FOR DEFENDANT CAROLINE
12      v.                             )    DISTRIBUTION TO ANSWER
                                       )    COMPLAINT
13  DANIEL DUMILE pka MF DOOM, an      )
    Individual, DEVIN HORWITZ, an Individual )
14  d/b/a NATURE SOUNDS, NATURE        )
    SOUNDS ENTERTAINMENT, INC., a      )
15  New York Corporation; SHAMAN WORK  )
    RECORDINGS, INC., a Georgia Corporation, )
16  LORD DIHOO MUSIC, a New York General )
    Partnership, NETTWORK ONE, an Entity of )
17  Unknown Origin, and CAROLINE       )
    DISTRIBUTION, an Entity of Unknown )
18  Origin                             )
                                       )
19              Defendants.            )
                                       /
20

21      Pursuant to Civil Local Rule 6.1(a), Plaintiff John Klemmer d/b/a Remohj Music

22  ("Plaintiff") by and through his counsel of record, and Defendant Caroline Distribution, hereby

23  stipulate as follows:

24      WHEREAS, Defendant Caroline Distribution and Plaintiff have agreed to extend the time

25  for Caroline Distribution to file its response to the Complaint;

    STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT – PAGE 1

1    WHEREAS, such an extension of time to answer, move, or otherwise respond will not

2  alter the date of any event or any deadline already fixed by Court order; and

3    WHEREAS, pursuant to Civil Local Rule 6.1(a), no court order is required to give effect

4  to this Stipulation.

5    IT IS HEREBY STIPULATED AND AGREED, by Plaintiff through his undersigned

6  counsel and by Defendant Caroline Distribution, that Defendant's time to answer, move, or

7  otherwise respond to the Complaint in the above action shall be extended through and including

8  August 14, 2009.

9    Respectfully submitted this 8th day of July, 2009.

10

11                                        CAROLINE DISTRIBUTION

12

13

14                                        Alasdair McMullan
                                          Caroline Distribution
15                                        150 5th Avenue
                                          New York, New York 10011
16

17                                        LAW OFFICE OF ALAN KORN

18

19

20                                        By: Alan Korn.
                                          Attorney for Plaintiff,
21                                        John Klemmer dba Remohj Music

22  Dated: 7/13/9     

23

24

25

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT – PAGE 2

1   PROOF OF SERVICE

2       I, Alan Korn, declare as follows:

3       I am employed by Law Office of Alan Korn in Alameda County, California.  I am

4   over the age of eighteen (18) years; my business and employment address is 1840 Woolsey

5   Street, Berkeley, California 94703.

6       On July 13, 2009, I served a true copy of the following:

7
        STIPULATION TO EXTEND TO FOR DEFENDANT CAROLINE
8       DISTRIBUTION TO ANSWER COMPLAINT

9   on the parties listed below in this action by causing them to be mailed via U.S. Mail, postage

10  prepaid, to the addressees at the following address:

11
        Caroline Distribution
12      Attn: Matthew Rothman
        101 Avenue of the Americas, Fourth Floor
13      New York, NY 10013

14      I declare under penalty of perjury of the law of the State of California that the foregoing

15  is true and correct. Executed on July 13, 2009, at Berkeley, California.

16

17

18                                  Alan Korn

19

20

21

22

23

24

25

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT – PAGE 3