JOEL MCCABE SMITH (State Bar No. 50973)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444
E-Mail: jsmith@lpsla.com
Attorneys for Defendant
CAROLINE DISTRIBUTION

ALAN KORN (State Bar No. 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Tel: (510) 548-7300 • Fax: (510) 540-4821
Attorneys for Plaintiff
JOHN KLEMMER dba REMOHJ MUSIC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEMMER dba REMOHJ MUSIC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DANIEL DUMILE pka MF DOOM, an Individual, DEVIN HORWITZ, an Individual d/b/a NATURE SOUNDS, NATURE SOUNDS ENTERTAINMENT, INC., a New York Corporation; SHAMAN WORK RECORDINGS, INC., a Georgia Corporation, LORD DIHOO MUSIC, a New York General Partnership, NETTWORK ONE, an Entity of Unknown Origin, and CAROLINE DISTRIBUTION, an Entity of Unknown Origin,<br><br>　　　　Defendants. | **CASE NO.: CV 09-2448 JW**<br><br>[PROPOSED] ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>**FROM:**<br><br>Date: September 21, 2009<br>Time: 10:00 a.m.<br>Ctrm: 8<br><br>**TO:**<br><br>Date: October 19, 2009<br>Time: 10:00 a.m.<br>Ctrm: 8<br><br>[Before The Honorable James Ware, Judge, United States District Court] |

1

WHEREAS, to date, only plaintiff John Klemmer, on the one hand, and defendant Caroline Distribution, on the other hand, have <u>appeared</u> herein; and

WHEREAS, on July 31, 2009, the Clerk of the above-entitled Court (hereinafter the "Northern District case") provided a Notice setting a Case Management Conference therein before Judge James Ware on September 21, 2009 at 10:00 a.m. in Courtroom 8, 4th Floor, 280 South First Street, San Jose, California; and

WHEREAS, *prior to July 31, 2009*, counsel herein for Caroline Distribution was directed in another case (*Crowley v. Talega Associates, LLC, et al.*, United States District Court, Central District of California – Western Division, Case No. CV09-3573 MMM (SHx) (hereinafter the "Central District case") to appear at Scheduling Conference before Judge Margaret M. Morrow in Courtroom 780, Roybal Federal Building, 255 East Temple Street, Los Angeles, **and thus creating a conflict**; and

WHEREAS, on August 3, 2009, Joel McCabe Smith, counsel for the Defendants in the Central District Case and counsel for Defendant Caroline Distribution in the Northern District Case, contacted the Clerk of the Court in the Northern District (Ms. Elizabeth Garcia) and advised her of the conflict, and Ms. Garcia suggested that the parties in the above-captioned matter agree upon a date and stipulate to continue the Case Management Conference thereto; and

WHEREAS, counsel for Plaintiff John Klemmer and appearing Defendant Caroline Distribution "met-and-conferred" in the Northern District Case and agreed that the first Monday following September 21, 2009 on which both could appear - without a pre-existing conflict - for a Case Management Conference in the above-captioned matter was and would be **October 19, 2009**.

NOW, THEREFORE, it is HEREBY STIPULATED AND AGREED that, [1] the Case Management Conference herein shall go forward before Judge James Ware on October 19, 2009 at 10:00 a.m. in Courtroom 8, 4th Floor, 280 South First Street, San Jose, California and [2] the parties shall file a Joint Case Management Conference Statement by October 9, 2009.

IT IS FURTHER HEREBY STIPULATED AND AGREED by Plaintiff, through his undersigned counsel, that [1] notice of the <u>rescheduled</u> Case Management Conference will be served <u>by</u> <u>mail</u> on any newly served defendants in this action, [2] that a notice of the Case Management Conference will be provided to previously served parties if and when they appear herein and [3] that any copy of the Order setting / continuing the case Management Conference will include Notice that the parties shall file a Joint Case Management Conference Statement ten (10) days prior to the said Conference.

IT IS SO ORDERED.

Dated:  August 17, 2009          _____
                                  JUDGE JAMES WARE

3