JOEL MCCABE SMITH (State Bar No. 50973)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel:  (310) 277-3333 • Fax: (310) 277-7444
E-Mail:  jsmith@lpsla.com
Attorneys for Defendant
CAROLINE DISTRIBUTION

ALAN KORN (State Bar No. 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Tel: (510) 548-7300 • Fax: (510) 540-4821
Attorneys for Plaintiff
JOHN KLEMMER dba REMOHJ MUSIC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEMMER dba REMOHJ MUSIC, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL DUMILE pka MF DOOM, an Individual, DEVIN HORWITZ, an Individual d/b/a NATURE SOUNDS, NATURE SOUNDS ENTERTAINMENT, INC., a New York Corporation; SHAMAN WORK RECORDINGS, INC., a Georgia Corporation, LORD DIHOO MUSIC, a New York General Partnership, NETTWORK ONE, an Entity of Unknown Origin, and CAROLINE DISTRIBUTION, an Entity of Unknown Origin, <br><br> Defendants. | CASE NO.: CV 09-2448 JW <br><br> [PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR CAROLINE DISTRIBUTION TO RESPOND TO COMPLAINT <br><br> [Before The Honorable James Ware, Judge, United States District Court] |

Pursuant to Civil Local Rule 6.1(a), Plaintiff John Klemmer d/b/a Remohj Music ("Plaintiff"), by and through his counsel of record, and Defendant Caroline Distribution ("Defendant") by and through its counsel of record, hereby stipulate as follows:

WHEREAS, on July 8, 2009, Plaintiff and Defendant agreed to extend (for approximately one month) the time within which Defendant was then required to respond to the Complaint herein to give the Plaintiff and Defendant additional time within which to attempt to resolve the dispute that is the subject of this action; and

WHEREAS, Plaintiff and Defendant are continuing to attempt to resolve the dispute; and

WHEREAS, such an extension of time to answer, move, or otherwise respond will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, pursuant to Civil Local Rule 6.1(a), no court order is required to give effect to this Stipulation,

IT IS HEREBY STIPULATED AND AGREED by Plaintiff John Klemmer d/b/a Remohj Music, through his undersigned counsel, and by Defendant Caroline Distribution, through its undersigned counsel, that Defendant's time to answer, move, or otherwise respond the Complaint in the above action shall be extended through and including August 28, 2009.

IT IS SO ORDERED.

Dated:   August 17, 2009                 _____

JUDGE JAMES WARE