DOUGLAS A. SCULLION (SBN 215339)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
NETTWERK ONE MUSIC (CANADA) LTD.,
erroneously sued herein as NETTWORK ONE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEMMER dba REMOHJ MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>DANIEL DUMILE pka MF DOOM, an Individual, DEVIN HORWITZ, an Individual d/b/a/ NATURE SOUNDS, NATURE SOUNDS ENTERTAINMENT, INC., a New York Corporation; SHAMAN WORK RECORDINGS, INC., a Georgia Corporation, LORD DIHOO MUSIC, a New York General Partnership, NETTWORK ONE, an Entity of Unknown Origin, and CAROLINE DISTRIBUTION, an Entity of Unknown Origin,<br><br>Defendants. | CASE NO. CV 09-2448 JW<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT NETTWERK ONE MUSIC (CANADA) LTD. TO RESPOND TO COMPLAINT; [PROPOSED] ORDER |

Pursuant to Civil Local Rule 6.1(a), Plaintiff John Klemmer d/b/a/ Remohj Music ("Plaintiff"), by and through his counsel of record, and Defendant Nettwerk One Music (Canada) Ltd. ("Nettwerk"), erroneously sued herein as Nettwork One, by and through its counsel of record, hereby stipulate as follows:

WHEREAS, the parties are continuing to attempt to resolve the dispute at issue in this action; and

-1-
STIPULATION TO EXTEND TIME FOR DEFENDANT NETTWERK
ONE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER    CASE NO. CV 09-2448 JW

1  WHEREAS, an extension of time to answer, move or otherwise respond will not alter the
2  date of any event or deadline already fixed by Court order; and
3  WHEREAS, pursuant to Civil Local Rule 6.1(a), no Court order is required to give effect
4  to this Stipulation,
5  IT IS HEREBY STIPULATED AND AGREED by Plaintiff, through his undersigned
6  counsel, and by Defendant Nettwerk, by and through its undersigned counsel, that Nettwerk's
7  time to answer, move or otherwise respond to the Complaint in this action shall be extended
8  through and including September 4, 2009.
9  Respectfully submitted this 20th day of August 2009, at San Francisco, California.

GORDON & REES LLP

By _____
Douglas A. Scullion
Attorneys for Defendant
NETTWERK ONE MUSIC
(CANADA) LTD.

LAW OFFICE OF ALAN KORN

By _____
Alan Korn
Attorneys for Plaintiff
JOHN KLEMMER dba REMOHJ
MUSIC

IT IS SO ORDERED.

DATED: August 21, 2009

_____
Hon. James Ware
Judge of the U.S. District Court
Northern District of California