**IT IS SO ORDERED AS MODIFIED**

*James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEMMER dba REMOHJ MUSIC,<br><br>    Plaintiff,<br><br>    vs.<br><br>DANIEL DUMILES pka MF DOOM, an Individual; DEVIN HORWITZ, an Individual d/b/a NATURE SOUNDS; NATURE SOUNDS ENTERTAINMENT, INC., a New York Corporation; SHAMAN WORK RECORDINGS, INC., a Georgia Corporation; LORD DIHOO MUSIC, a New York General Partnership; NETTWORK ONE, an Entity of Unknown Origin; and CAROLINE DISTRIBUTION, an Entity of Unknown Origin,<br><br>    Defendants. | Case No.: CV-09-2448-JW<br><br>**STIPULATION RE: FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RE: EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AND ORDER THEREON**<br><br>[PROPOSED] ORDER<br><br>**From:**<br>**Date**: October 19, 2009<br>**Time**: 10:00 a.m.<br>**Courtroom**: 8<br><br>**To:**<br>**Date**: November 23, 2009<br>**Time**: 10:00 a.m.<br>**Courtroom**: 8<br><br>**Honorable Judge James Ware, Presiding**<br><br>(E-Filing) |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6 of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff John Klemmer d.b.a. Remohj Music ("Plaintiff"),on the one hand, and Defendants Nettwork One Music (Canada), Ltd. erroneously sued herein as Nettwork One ("Nettwork"); Caroline Distribution ("Caroline"); Devin Horwitz d.b.a. Nature Sounds ("Horwitz"); and Nature Sounds Entertainment, Inc. ("NSE") (Nettwork, Caroline, Horwitz and NSE are collectively referred to as "Defendants"), on the other hand, hereby stipulate as follows:

WHEREAS, Defendants have each been served with the Summons and Complaint; and

WHEREAS, additional defendants Daniel Dumiles p.k.a. MF Doom ("Dumiles") and Shaman Work Recordings, Inc. ("SWR") have not yet been served with the Summons and Complaint; and

1   WHEREAS, none of Defendants has yet filed a responsive pleading; and

2   WHEREAS, on June 3, 2009, the Court ordered a deadline of September 4, 2009 to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file a joint Case Management Statement, and set an initial Case Management Conference for September 11, 2009; and

WHEREAS, on July 31, 2009, by Clerk's Notice Setting Case Management Conference, the initial Case Management Conference was set on September 21, 2009, with the parties to file a joint Case Management Statement by September 11, 2009; and

WHEREAS, on August 17, 2009, based on the stipulation of only Plaintiff and Caroline, the Court ordered the September 21, 2009 Case Management Conference to be continued to October 19, 2009; and

WHEREAS, Plaintiff and Defendants are attempting to resolve the dispute at issue in this action; and

WHEREAS, Plaintiff and Defendants agree that additional time is needed to attempt to reach a global settlement and mutually seek to avoid incurring unnecessary attorneys' fees and costs should such settlement be reached; and

WHEREAS, Plaintiff and Defendants agree that the time for each of Defendants to file a responsive pleading shall be extended to and including September 28, 2009; and

WHEREAS, Plaintiff and Defendants agree that the Case Management Conference currently scheduled for Monday, October 19, 2009 at 10:00 a.m. shall be rescheduled for Monday, November 23, 2009 at 10:00 a.m.; and

WHEREAS, Plaintiff and Defendants agree that the joint Case Management Conference statement shall be due on or before November 13, 2009; and

WHEREAS, Plaintiff and Defendants agree that the deadline to file a Rule 26(f) Report and complete initial disclosures or state objection in Rule 26(f) Report shall be November 16, 2009; and

WHEREAS, the requested time modifications would have no substantial effect on the schedule for this case; and

WHEREAS, pursuant to Civil Local Rule 6-1(b), a Court order is required to give effect to this stipulation; and

1   WHEREAS, Plaintiff and Defendants agree that Plaintiff shall give notice of any order hereon.

2   NOW THEREFORE, Plaintiff and Defendants, by and through their respective undersigned

3 counsel, hereby stipulate as follows:

4   1.0   The time for each of Defendants to file a responsive pleading shall be extended to and
5         including September 28, 2009.
6   2.0   The Case Management Conference currently scheduled for Monday, October 19, 2009 at
7         10:00 a.m. shall be rescheduled for Monday, **November 16, 2009 at 10 a.m.**
8   3.0   The joint Case Management Conference statement shall be filed on or before
9         **November 6, 2009.**
10  4.0   The deadline to file a Rule 26(f) Report and complete initial disclosures or state objection
11        in Rule 26(f) Report shall be November 16, 2009.
12  SO STIPULATED.

13                                              LAW OFFICE OF ALAN KORN

14  Dated: August 31, 2009               By:    /s/ Alan Michael Korn
15                                              Alan Michael Korn
                                                *Attorneys for Plaintiff John Klemmer d.b.a. Remohj Music*
16
17                                              IDELL & SEITEL LLP

18  Dated: August 31, 2009               By:    /s/ Richard J. Idell
                                                Richard J. Idell
19                                              *Attorneys for Defendants Devin Horwitz d.b.a. Nature*
20                                              *Sounds and Nature Sounds Entertainment, Inc.*

21                                              GORDON & REES LLP

22  Dated: August 31, 2009               By:    /s/ Douglas Scullion
23                                              Douglas Scullion
                                                *Attorneys for Defendant Nettwork One Music (Canada),*
24                                              *Ltd., erroneously sued herein as Nettwork One*

25                                              LEOPOLD, PETRICH & SMITH, PC
26
    Dated: August 31, 2009               By:    /s/ Joel McCabe Smith
27                                              Joel McCabe Smith
28                                              *Attorneys for Defendants Caroline Distribution*

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, IT SO ORDERED **AS MODIFIED.**

Dated: September 21, 2009          By: _____
                                         Hon. James Ware
                                         Judge of the United States District Court
                                         Northern District of California