ALAN KORN. SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Ph. (510) 548-7300
Fax: (510) 540-4821

Attorneys for Plaintiff
John Klemmer dba Remohj Music

**IT IS SO ORDERED**

*James Ware*
Judge James Ware

10/2/2009

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEMMER dba REMOHJ MUSIC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL DUMILE pka MF DOOM. an ) <br> Individual, DEVIN HORWITZ, an Individual ) <br> d/b/a NATURE SOUNDS, NATURE ) <br> SOUNDS ENTERTAINMENT. INC., a ) <br> New York Corporation: SHAMAN WORK ) <br> RECORDINGS, INC., a Georgia Corporation, ) <br> LORD DIHOO MUSIC, a New York General ) <br> Partnership, NETTWORK ONE, an Entity of ) <br> Unknown Origin, and CAROLINE ) <br> DISTRIBUTION. an Entity of Unknown ) <br> Origin ) <br> Defendants. ) | Case No. CV-09-2448 JW <br><br> **NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT SHAMAN WORK RECORDINGS, INC.** |

NOTICE IS HEREBY GIVEN pursuant to Fed.R.Civ.Proc. 41(a), that Plaintiff John Klemmer d/b/a Remohj Music voluntarily dismisses Defendant Shaman Work Recordings, Inc., *without prejudice*, pending full and final fulfillment of agreed settlement considerations and performances.

///

NOTICE OF VOLUNTARY DISMISSAL - PAGE 1

Dated: September 18, 2009

LAW OFFICE OF ALAN KORN

By: _____
Alan Korn
Attorney for Plaintiff
John Klemmer dba Remohj Music

## PROOF OF SERVICE

I, Alan Korn, declare as follows:

I am employed by Law Office of Alan Korn in Alameda County, California. I am over the age of eighteen (18) years; my business and employment address is 1840 Woolsey Street, Berkeley, California 94703.

On September 18, 2009, I served a true copy of the following:

NOTICE OF VOLUNTARY DISMISSAL

on the parties listed below in this action by causing them to be mailed via U.S. Mail, postage prepaid, to the addressees at the following address:

Joel McCabe Smith
Leopold, Petrich & Smith, P.C.
2049 Century Park East, Suite 3110
Los Angeles, CA 90067-3274

Luke DeMarte
Michael Best & Friedrich, LLP
Two Prudential Plaza
180 North Stetson Ave., Ste. 2000
Chicago, IL 60601

Douglas A. Scullion
Gordon & Reese, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Richard Idell
Idell & Seitel, LLP
465 California Street, Suite 300
San Francisco, CA 94104

Shaman Work Recordings, Inc.
107 Ashby Court
Anderson, SC 27625

I declare under penalty of perjury of the law of the State of California that the foregoing is true and correct. Executed on September 18, 2009, at Berkeley, California.

_____
Alan Korn