ALAN MICHAEL KORN (SBN 167933)
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, CA 94703
Telephone: (510) 548-7300
Facsimile: (510) 540-4821

*Attorneys for Plaintiff John Klemmer d.b.a. Remohj Music*

RICHARD J. IDELL (SBN 069033)
ORY SANDEL (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

*Attorneys for Defendants Devin Horwitz d.b.a. Nature Sounds and Nature Sounds Entertainment, Inc.*

DOUGLAS SCULLION (SBN 215339)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

*Attorneys for Defendant Nettwork One Music (Canada), Ltd., erroneously sued herein as Nettwork One*

JOEL McCABE SMITH (SBN 50973)
LEOPOLD, PETRICH & SMITH, PC
2049 Century Park East, Suite 3110
Los Angeles, CA 90067-3274
Telephone: (310) 277-3333
Facsimile: (310) 277-7444

*Attorneys for Defendants Caroline Distribution*



IT IS SO ORDERED AS MODIFIED
Judge James Ware
12/16/2009

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEMMER dba REMOHJ MUSIC,<br><br>    Plaintiff,<br><br>    vs.<br><br>DANIEL DUMILES pka MF DOOM, an Individual; DEVIN HORWITZ, an Individual d/b/a NATURE SOUNDS; NATURE SOUNDS ENTERTAINMENT, INC., a New York Corporation; SHAMAN WORK RECORDINGS, INC., a Georgia Corporation; LORD DIHOO MUSIC, a New York General Partnership; NETTWORK ONE, an Entity of Unknown Origin; and CAROLINE DISTRIBUTION, an Entity of Unknown Origin,<br><br>    Defendants. | Case No.: CV-09-2448 JW<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE RE: SETTLEMENT**<br><br>**Honorable Judge James Ware, Presiding**<br><br>(E-Filing) |

Plaintiff John Klemmer d.b.a. Remohj Music ("Plaintiff"), and Defendants Nettwork One Music (Canada), Ltd. erroneously sued herein as Nettwork One ("Nettwork"); Caroline Distribution ("Caroline"); Devin Horwitz d.b.a. Nature Sounds ("Horwitz"); and Nature Sounds Entertainment, Inc. ("NSE") (Nettwork, Caroline, Horwitz and NSE are collectively referred to as "Defendants") hereby jointly respond to the Court's November 12, 2009 Order to Show Cause re: Settlement, as follows:

The parties have reached settlement and entered into a written settlement agreement. All parties have executed the settlement agreement, and all counsel have approved the settlement agreement as to form. Once quadruplicate original execution copies of all documents are collected from all parties and their counsel, a fully-executed original of the agreement will be delivered to each party. Per the terms of the agreement, a dismissal is to be filed by Plaintiff within five (5) days thereafter.

The parties respectfully request that the Court vacate the December 21, 2009 hearing and request

//
//
//
//

1   an additional fifteen (15) days to finalize settlement and file the dismissal.

LAW OFFICE OF ALAN KORN

Dated: December 11, 2009     By:   /s/ Alan Michael Korn
                                   Alan Michael Korn
                                   *Attorneys for Plaintiff John Klemmer d.b.a. Remohj Music*

IDELL & SEITEL LLP

Dated: December 11, 2009     By:   /s/ Richard J. Idell
                                   Richard J. Idell
                                   *Attorneys for Defendants Devin Horwitz d.b.a. Nature Sounds and Nature Sounds Entertainment, Inc.*

GORDON & REES LLP

Dated: December 11, 2009     By:   /s/ Douglas Scullion
                                   Douglas Scullion
                                   *Attorneys for Defendant Nettwork One Music (Canada), Ltd., erroneously sued herein as Nettwork One*

LEOPOLD, PETRICH & SMITH, PC

Dated: December 11, 2009     By:   /s/ Joel McCabe Smith
                                   Joel McCabe Smith
                                   *Attorneys for Defendants Caroline Distribution*

<u>IT IS SO ORDERED</u>:

The Court continues the Order to Show Cause re Settlement from December 21, 2009 to **January 25, 2010 at 9:00 AM.** The parties shall file a Stipulated Dismissal or Joint Statement on or before **January 15, 2010.**

Dated: December 16, 2009

_____
United States District Judge

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel, LLP 465 California Street, Suite 300, San Francisco, California 94104.

On December 11, 2009, I served the following document(s):

**JOINT RESPONSE TO ORDER TO SHOW CAUSE RE: SETTLEMENT**

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

Alan M. Korn
Law Office of Alan Korn
1840 Woolsey Street
Berkeley, CA 94703
Tel: 510-548-7300
Fax: 510-540-4821
Email: aakorn@igc.org
*Attorneys for Plaintiff John Klemmer d.b.a. Remohj Music*

Joel McCabe Smith
Leopold, Petrich & Smith P.C.
2049 Century Park East, Suite 3110
Los Angeles, CA 90067-3274
Tel: 310-277-333
Fax: 310-277-7444
Email: jsmith@lpsla.com
*Attorneys for Defendants Caroline Distribution*

Douglas Scullion
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-986-5900
Fax: 415-986-8054
Email: dscullion@gordonrees.com
*Attorneys for Defendant Nettwork One Music (Canada), Ltd., erroneously sued herein as Nettwork One*

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Elise Stieren