ALAN MICHAEL KORN (SBN 167933)
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, CA 94703
Telephone: (510) 548-7300
Facsimile: (510) 540-4821

*Attorneys for Plaintiff John Klemmer d.b.a. Remohj Music*

**IT IS SO ORDERED**
*James Ware*
Judge James Ware
1/12/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEMMER dba REMOHJ MUSIC, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL DUMILES pka MF DOOM, an Individual; DEVIN HORWITZ, an Individual d/b/a NATURE SOUNDS; NATURE SOUNDS ENTERTAINMENT, INC., a New York Corporation; SHAMAN WORK RECORDINGS, INC., a Georgia Corporation; LORD DIHOO MUSIC, a New York General Partnership; NETTWORK ONE, an Entity of Unknown Origin; and CAROLINE DISTRIBUTION, an Entity of Unknown Origin. <br><br> Defendants. | Case No.: CV-09-2448 JW <br><br> **NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION** <br><br> [FED. R. CIV. P. 41(a)(1)(A)(i)] <br><br> Honorable Judge James Ware, Presiding <br><br> (E-Filing) |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JOHN KLEMMER dba REMOHJ MUSIC ("Plaintiff") hereby voluntarily DISMISSES this action in its entirety WITHOUT PREJUDICE, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: 12/22, 2009

LAW OFFICE OF ALAN KORN
By: /s/ Alan Michael Korn
Alan Michael Korn
*Attorneys for Plaintiff John Klemmer d.b.a. Remohj Music*

IT IS SO ORDERED:
The Court terminates any remaining pending deadlines, hearings and motions. The Clerk shall close this file.
Dated: January 12, 2010

*James Ware*
United States District Judge